AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MIKETAVIOUS TENELL GILLIS,

    Plaintiff,

           v.

WARDEN ODUM, MR. COX,
and MS. JONES,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:25-cv-25

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated July 23, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, Defendants' motion to dismiss is granted, and Plaintiff's complaint is dismissed. Further, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

_____July 24, 2026_____
Date

John E. Triplett
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03